JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago IL 60602


Invoice submitted to:
ALBERT & BERTA CONDE
05 B 57938
Gina B. Krol, Chapter 7 Trustee
Judge John H. Squires


March 27, 2008

Invoice #11937

Professional services

|  | Hours | Amount |
|---|---|---|
| **COMPENSATION** | | |
| 3/27/08 GBK COMPENSATION<br>Review detailed time entries and prepare fee application. Prepare proposed order. | 1.75 | 656.25 |
| SUBTOTAL: | [ 1.75 | 656.25] |
| **PROF EMPLOYMENT** | | |
| 3/13/06 GBK PROF EMPLOYMENT<br>Review and revise listing agreement from Coldwell Banker | 0.65 | 227.50 |
| 3/14/06 GBK PROF EMPLOYMENT<br>Prepare Trustee's application to employ Real Estate Broker. Prepare 2016 affidavit | 0.65 | 227.50 |

ALBERT & BERTA CONDE							Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/17/06 | GBK | PROF EMPLOYMENT<br>Prepare Trustee's application to employ Cohen & Krol as attorneys for Trustee. Prepare 2016 affidavit | 0.65 | 227.50 |
| 3/24/06 | GBK | PROF EMPLOYMENT<br>Court appearance for hearing on Trustee's application to employ Real Estate Broker and to Employ Cohen & Krol, as attorneys for Trustee. Prepare proposed orders. | 0.80 | 280.00 |
|  |  | SUBTOTAL: | [ 2.75 | 962.50] |

SALE OF ASSETS

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/3/06 | GBK | SALE OF ASSETS<br>Review real estate contract received by trustee. Check for appropriate contingencies, prorations, closing dates and title requirements. Make changes thereto and fax back to buyers atty. | 0.75 | 262.50 |
| 4/4/06 | GBK | SALE OF ASSETS<br>Review correspondence from buyers' attorney with addtional changes to real estate contract | 0.45 | 157.50 |
| 4/7/06 | GBK | SALE OF ASSETS<br>Prepare Trustee's application for authority to sell real estate pursuant to attached application and to pay certain expenses at closing | 1.00 | 350.00 |
|  | GBK | SALE OF ASSETS<br>Prepare one page notice to all creditors and proof of service onTrustee's application for | 0.65 | 227.50 |

| ALBERT & BERTA CONDE | | | Page 3 | |
|---|---|---|---|---|
| | | | Hours | Amount |
| | authority to sell real estate pursuant to attached application and to pay certain expenses at closing | | | |
| 4/11/06 GBK | SALE OF ASSETS<br>TC with Debtors' attorney re: timing of real estate closing, payment of homestead exemption, items to stay with property and other miscellaneous sale concerns | | 0.35 | 122.50 |
| 4/21/06 GBK | SALE OF ASSETS<br>TC with First American Title Insurance Company re: order title commitment | | 0.35 | 122.50 |
| GBK | SALE OF ASSETS<br>Several TC's to Select Portfolio in attempt to request pay off letter.  Loan has been sold, many difficulties getting to person responsible for issuing payoff of letter.  Made at least seven telephone calls, was placed on hold for significant time attempting to obtain payoff letter | | 1.50 | 525.00 |
| 4/28/06 GBK | SALE OF ASSETS<br>Court appearance for hearing on Trustee's application to sell real estate and to pay certain expenses at closing. Prepare proposed order | | 0.85 | 297.50 |
| 5/1/06 GBK | SALE OF ASSETS<br>TC with Debtors' attorney [.20] and follow up with correspondence [.35] re: closing date set and expectations that Debtors will vacate property prior thereto. | | 0.55 | 192.50 |

ALBERT & BERTA CONDE                                             Page    4

|  |  | Hours | Amount |
|---|---|---:|---:|
| 5/16/06 GBK | SALE OF ASSETS<br>Prepare letter to Buyer's attorney enclosing required disclosure form for condo association and copy of title commitment | 0.25 | 87.50 |
| 5/17/06 GBK | SALE OF ASSETS<br>Review correspondence from Debtors' attorney re: they will not be out of property prior to closing | 0.25 | 87.50 |
| 5/18/06 GBK | SALE OF ASSETS<br>Prepare letter to Debtor's attorney indicating that closing has been set, his clients have been aware of closing and buyers must take possession at closing | 0.25 | 87.50 |
| GBK | SALE OF ASSETS<br>TC with real estate broker re: moving issues | 0.20 | 70.00 |
| 5/19/06 GBK | SALE OF ASSETS<br>TC with r/e broker re: can he stop by condo association and pick up copy of declaration and by-laws. | 0.20 | 70.00 |
| 5/24/06 GBK | SALE OF ASSETS<br>TC with real estate broker re: he's spoken to Debtors and they are prepared to vacate | 0.20 | 70.00 |
| GBK | SALE OF ASSETS<br>Prepare letter to Debtors' atty confirming that they are prepared to vacate prior to closing | 0.25 | 87.50 |

ALBERT & BERTA CONDE                                                Page    5

|  |  | Hours | Amount |
|---|---|---|---|
| 5/24/06 GBK | SALE OF ASSETS<br>TC with title company re: scheduling closing and request copy of exception #7 [.20] Review recorded resolution by condo association, exception #7 and forward same to buyer's atty [.30] | 0.50 | 175.00 |
| 5/25/06 GBK | SALE OF ASSETS<br>Prepare closing statement, warranty deed, affidavit of title, bill of sale, tax forms and other closing documents. | 0.85 | 297.50 |
| GBK | SALE OF ASSETS<br>Letter to Debtor's atty enclosing homestead check and HUD-1 form | 0.20 | 70.00 |
| 5/26/06 GBK | SALE OF ASSETS<br>To DuPage County tax collector's office to obtain 2005 real estate tax bill | 0.50 | 175.00 |
| GBK | SALE OF ASSETS<br>Receive and review paid assesment letter from condo association, buyer acknowledgement and disclosure forms | 0.45 | 157.50 |
| 5/30/06 GBK | SALE OF ASSETS<br>Prepare letter to Marshall Wickler, attorney for Knolls Condominium Assoc. re: closing scheduled, need payoff letter, waiver of right of first refusal, release of prior lien recorded on r/e, insurance certificate and other necessary closing documents | 0.30 | 105.00 |
| GBK | SALE OF ASSETS<br>Attend closing. Took longer that usual, problems with real estate tax bills in DuPage county | 2.75 | 962.50 |

ALBERT & BERTA CONDE                                              Page    6

|  |  | Hours | Amount |
|---|---|---:|---:|
| | SUBTOTAL: | [ 13.60 | 4,760.00] |

SCHED.-PETITION

| | | Hours | Amount |
|---|---|---:|---:|
| 4/4/06 GBK | SCHED.-PETITION Review schedules and Chapter 7 petition to determine names and address of lien holders on real estate. | 0.65 | 227.50 |
| | SUBTOTAL: | [ 0.65 | 227.50] |
| | For professional services rendered | 18.75 | $6,606.25 |

Additional charges:

| | | Qty | |
|---|---|---:|---:|

PHOTOCOPIES

| | | Qty | |
|---|---|---:|---:|
| 3/14/06 | PHOTOCOPIES Copies ofTrustee's application to employ attorneys for trustee | 42 | 4.20 |
| 3/17/06 | PHOTOCOPIES Copies ofTrustee's application to employ r/e broker | 67 | 6.70 |
| 4/7/06 | PHOTOCOPIES Copies of Trustee's application to sell r/e and pay certain expenses at closing and notice of same to all creditors | 147 | 14.70 |
| | SUBTOTAL: | | [ 25.60] |

ALBERT & BERTA CONDE  Page 7

| | Qty | Amount |
|---|---|---|

**POSTAGE**

| | | |
|---|---|---|
| 3/14/06 POSTAGE<br>Mailing Trustee's application to employ attorneys for trustee | 4 | 2.52 |
| 3/17/06 POSTAGE<br>Mailing Trustee's application to employ r/e broker | 4 | 2.52 |
| 4/7/06 POSTAGE<br>Mailing Trustee's application to sell r/e and pay certain expenses at closing and notice of same to all creditors | 68 | 26.52 |
| SUBTOTAL: | | [ 31.56] |

**TELEPHONE EXP.**

| | | |
|---|---|---|
| 4/27/06 TELEPHONE EXP.<br>Long distance charges to Baton Rouge, LA to try to obtain payoff letters | 1 | 20.69 |
| SUBTOTAL: | | [ 20.69] |

| | |
|---|---|
| Total costs | $77.85 |
| Total amount of this bill | $6,684.10 |
| Balance due | $6,684.10 |