UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Albert Conde | ) | Case No. 05-57938-SQU |
| | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DuPage County Courthouse, 505 N. County Farm Rd, Courtroom 2000, Wheaton, IL  60187

    On: **May 23, 2008**               Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $147,659.67 |
    | Disbursements | $104,335.49 |
    | Net Cash Available for Distribution | $43,324.18 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | GINA B. KROL<br>*Trustee Compensation* | $0.00 | $8,555.60 | $0.00 |
    | COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $6,606.26 | $77.86 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

    None

7. Claims of general unsecured creditors totaling $9,141.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus 4.1400% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Nordstrom Fsb | $1,957.22 | $2,177.00 |
| 000002 | Portfolio Recovery Associates, Llc | $6,045.09 | $6,723.90 |
| 000003 | Midland Credit Management Inc | $1,139.54 | $1,267.50 |

8, The Trustee proposes to return a Surplus to Albert and Berta Conde, Debtors herein, in the approximate amount of $17,921.07.

9. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, KENNETH S. GARDNER, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor(s) have been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Cash | $28.00 |
| Automobile | $2,000.00 |
| Household Goods | $500.00 |

Dated: **April 22, 2008**                            For the Court,

                                                      By:  **KENNETH S. GARDNER**
                                                               CLERK OF BANKRUPTCY COURT
                                                               KENNETH S. GARDNER

Trustee:       Gina B. Krol
Address:      105 West Madison Street
                 Suite 1100
                 Chicago, IL  60602-0000
Phone No.:    (312) 368-0300

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

7938  Doc 35  Filed 04/22/08  Entered 04/25/08 00:01:14  Desc Imaged
Certificate of Service  Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 2                    Date Rcvd: Apr 22, 2008
Case: 05-57938                    Form ID: pdf002              Total Served: 41

The following entities were served by first class mail on Apr 24, 2008.
db          +Albert Conde,    6175 Knollwood Rd,    Willowbrook, Il 60527-3234
jdb         +Berta Condi,    6175 Knollwood Rd,    Apt 101,    Willowbrook, IL 60527-2077
aty         +Kenneth K Ditkowsky,    Law Offices of Ken Ditkowsky,    5940 West Touhy Avenue,    Suite 230,
              Niles, IL 60714-4604
tr          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
10476414     Bank One,    P.O. Box 50882,    Henderson, NV 890160882
10476415     Beneficial Finance,    PO Box 17574,    Elmhurst, IL 60126
10476416     Best Buy Co., Inc.,    PO Box 17298,    Baltimore, MD 212971298
10476417     Capitol One,    PO Box 85015,    Richmond, VA 232855015
10476418     Carson Pirie Scott,    PO Box 5000,    Hammond, IN 463255000
10476419     Chrysler Financial,    P.O. Box 2993,    Milwaukee, WI 532012993
10476420    +Citi Driver's Edge Card,    Box 6000,    The Lakes, NV 89163-0001
10476421     Elmhurst Anesthesiologist,    PO Box 87916,    Carol Stream, IL 601887916
10476422    +First Financial Asset/INFISTAR,    PO Box 6887,    Miramar Beach, FL 32550-1006
10476424     First USA Bank NA,    Henderson, NV 890160882
10476425    +Hinsdale Family Medicine Ctr.,    911 Elm St., Suite 215,    Hinsdale, IL 60521-3641
10476426    +Homemakers,    PO Box 17298,    Baltimore, MD 212971298,    JCPenny,    PO Box 981131,
              El Paso, TX 79998-1131
10476427    +Knolls Condominium Assocation,    6134 Knollwood Road,    Willowbrook,, IL 60527
10476428     LVNV Funding LLC,    c/o Law Office of Weltman, Wienberg,    PO Box 93596,
              Cleveland, OH 441015596
10476429     Marshall Field's,    PO Box 1581,    Minneapolis, MN 554401581
10476430     Metropolitan Bank & Trust,    PO Box 1821,    Elkhart, IN 465151821
10810903    +Midland Credit Management Inc,    8875 Aero Drive Suite 200,    San Diego, California 92123-2255
10476431    +NCO Portfolio Mgmt.,    c/o Feingold & Levy, Esq.,    10 S. LaSalle St., Suite 900,
              Chicago, IL 60603-1016
10476433    +Northland Group/Capitol One,    Client Capital One,    PO Box 390846,    Minneapolis, MN 55439-0846
10476434    +Northland Group/Citibank SD,    PO Box 390905,    Minneapolis, MN 55439-0905
10476435     Palisades Collection LLC/AT&T,    PO Box 1244,    Englewood Cliffs, NJ 076320244
10476436     People's Bank,    PO Box 10311,    Stamford, CT 069042311
10476437    +Plaza Associates,    370 Seventh Ave.,    New York, NY 10001,    Portfolio Recovery Assoc./Bank One,
              PO Box 12914,    Norfolk, VA 23541-0914
10757903    +Portfolio Recovery Associates, LLC,    P O Box 41067,    Norfolk, VA 23541-1067
10476438     Providian,    PO Box 660786,    Dallas, TX 752660786
10476439    +RMA Portfolio Svcs.,    c/o Blitt & Gaines, P.C.,    318 W. Adams, Suite 1600,
              Chicago, IL 60606-5100
11265978    +Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10476440    +Select Portfolio Services, Inc.,    PO Box 551170,    Jacksonville, FL 32255-1170
10476441    +Suburban Pulmonary & Sleep Assoc.,    700 E. Ogden Ave., #202,    Westmont, IL 60559-1398
10476442     Truelogic Financial/SBCAmeritech,    PO Box 4387,    Englewood, CO 801554387
10476444     VISA/CITGO,    PO Box 14239,    Irvine,, TX
10476443    +Ventus Capital Svcs./Sears,    9700 Bossonnet, Suite 2000,    Houston, TX 77036-8016
10476423   ++WACHOVIA BANK NA,    P O BOX 13765,    ROANOKE VA 24037-3765
             (address filed with court: First Union,    PO Box 15026,    Wilmington, DE 198505026)
10476445    +Walmart,    PO Box 530937,    Atlanta, GA 30353-0937
10476446    +West Suburban Cardiologists, Ltd.,    Dept 20 PO Box 5940,    Carol Stream, IL 60197-5940

The following entities were served by electronic transmission on Apr 23, 2008.
10476426     +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2008 03:49:00      Homemakers,    PO Box 17298,
              Baltimore, MD 212971298,    JCPenny,    PO Box 981131,    El Paso, TX 79998-1131
10476432      E-mail/PDF: bnc@nordstrom.com Apr 23 2008 03:48:58      Nordstrom,    PO Box 79134,
              Phoenix, AZ 850629134
10691762     +E-mail/PDF: bnc@nordstrom.com Apr 23 2008 03:48:58      Nordstrom fsb,    P O BOX 6566,
              Englewood CO 80155-6566
11265978     +E-mail/PDF: rmscedi@recoverycorp.com Apr 23 2008 03:50:15      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10476445     +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2008 03:49:57      Walmart,    PO Box 530937,
              Atlanta, GA 30353-0937
                                                                                              TOTAL: 5

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1         User: amcc7            Page 2 of 2           Date Rcvd: Apr 22, 2008
Case: 05-57938               Form ID: pdf002        Total Served: 41
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 24, 2008**                          **Signature:**   _Joseph Speetjens_